UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM MARTIN,

    Plaintiff,

vs.                              Case No.: 8:07-cv-00136-T-24MAP

CITY OF TAMPA, FLORIDA, a political
subdivision of the State of Florida;
LIZA DOANE, an individual and in her capacity as a
Tampa Police Officer;
MICHAEL MEYER, an individual and in her capacity as a
Tampa Police Officer;
KENNETH MORMAN, an individual and in his capacity as a
Tampa Police Officer;
DAVID WALKER, an individual and in her capacity as a
Tampa Police Officer;

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANTS CITY OF TAMPA, LIZA DOANE, MICHAEL MEYER, KENNETH NORMAN, AND DAVID WALKER

The Plaintiff, WILLIAM MARTIN, by and through the undersigned counsel and the Defendants CITY OF TAMPA, LIZA DOANE, MICHAEL MEYER, KENNETH NORMAN, and DAVID WALKER, individually, and through their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this their Stipulation of Dismissal with Prejudice for Defendants CITY OF TAMPA, LIZA DOANE, MICHAEL MEYER, KENNETH NORMAN and DAVID WALKER with each party to bear their own costs and attorneys' fees.

**I HEREBY CERTIFY** that on the 8TH day of January 2008, I electronically filed a copy of the foregoing with the United States Clerk of the District Court for the Northern District of

1

Florida, Panama Division by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
Ursula D. Richardson, Esq.
Florida Bar No. 0064467
Assistant City Attorney
315 E. Kennedy Blvd. 5th Floor
Tampa, FL 32602
Telephone: 813-274-7205
Fax: 813-274-8809
Ursula.Richardson@Tampagov.net

_____
Ronald J. Kurpiers, II, Esq.
Florida Bar No. 0567140
Kurpiers Law Firm, P.A.
707 N. Franklin Street, 6th Floor
Tampa, Florida 33602
Telephone: 813-637-2900
Fax: 813-637-2905
rkurpiers@rjklawoffices.com